```
              UNITED STATES DISTRICT COURT
                   DISTRICT OF MAINE
```

Gregory Brian Sullivan

    v.                                        Case No. 2:23-cv-00014-LBM

United States District Court District of
Maine Clerk's Office

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 27, 2023 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                  _____
                                                  Landya B. McCafferty
                                                  United States District Judge

Date: March 24, 2023

cc: Gregory Brian Sullivan, pro se